PEOPLE v TOMMY HOWARD. Appeal from Recorder's Court of Detroit, William J. Giovan, J. Submitted Division 1 January 11, 1972, at Detroit. (Docket No. 10585.) Decided February 18, 1972.

Frank J. Kelley, Attorney General, Robert A. Derengoski, Solicitor General, William L. Cahalan, Prosecuting Attorney, Dominick R. Carnovale, Chief, Appellate Department, and Arthur N. Bishop, Assistant Prosecuting Attorney, for the people.

Armand D. Bove, for defendant on appeal.

Before: J. H. GILLIS, P. J., and LEVIN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to assault with intent to rob being armed and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.

PEOPLE v DRAW. Appeal from Recorder's Court of Detroit, Samuel H. Olsen, J. Submitted Division 1 January 25, 1972, at Grand Rapids. (Docket No. 10645.) Decided February 18, 1972.

Frank J. Kelley, Attorney General, Robert A. Derengoski, Solicitor General, William L. Cahalan, Prosecuting Attorney, Dominick R. Carnovale, Chief, Appellate Department, and Leonard Meyers, Assistant Prosecuting Attorney, for the people.

Emmett S. Long, for defendant on appeal.

Before: FITZGERALD, P. J., and R. B. BURNS and HOLBROOK, JJ.

MEMORANDUM OPINION. Defendant was convicted of murder in the second degree, and appeals. The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.